98

912 A.2d 205

Robert SPRUILL, Appellant,

v.

Edward KLEM, Superintendent, Richard Spaid, Unit Manager, and Gloria Burda, Record Supervisor, Pennsylvania's Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Dec. 27, 2006.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**